# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL BRODIE,** | : |
| **Plaintiff** | : |
| v. | : CIVIL ACTION NO. 3:15-0354 |
| **PA DEPT. OF CORRECTIONS,** et al., | : (Judge Mannion) |
| **Defendants** | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. Defendants' motion to dismiss Plaintiff's complaint for Plaintiff's failure to exhaust administrative remedies prior to filing the above captioned action (Doc. 16), is **GRANTED**.

2. Plaintiff's motion for default judgment (Doc. 28) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: September 28, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0354-01-ORDER.wpd